**MITCHELL COUNTY DSS v. CARPENTER**

[347 N.C. 569 (1998)]

MITCHELL COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER v. MICHELLE CARPENTER, RESPONDENT

No. 450A97

(Filed 6 February 1998)

Appeal by respondent pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 128 N.C. App. ——, 489 S.E.2d 437 (1997), dismissing respondent's appeal from the order terminating her parental rights entered on 11 June 1996 and affirming an order denying respondent's Rule 60(b) motion for relief entered on 28 November 1996, by Lyerly, J., in District Court, Mitchell County. Heard in the Supreme Court 16 December 1997.

*Hal G. Harrison for petitioner-appellee.*

*Brian A. Buchanan for respondent-appellant.*

PER CURIAM.

AFFIRMED.